DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

MacEACHERN v. ROCKWELL INTERNATIONAL CORP.

No. 185 PC.

Case below: 41 N.C. App. 73.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 July 1979.

MORGAN v. McLEOD

No. 134 PC.

Case below: 40 N.C. App. 467.

Petition by defendants for discretionary review under G.S. 7A-31 denied 28 June 1979.

MOYE v. GAS CO.

No. 129 PC.

Case below: 40 N.C. App. 310.

Petition by defendants for discretionary review under G.S. 7A-31 denied 12 July 1979.

ODOM v. LITTLE ROCK & I-85 CORP.

No. 180 PC.

No. 70 (Fall Term).

Case below: 40 N.C. App. 242.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals allowed 28 June 1979.

PARTIN v. POWER AND LIGHT CO.

No. 169 PC.

Case below: 40 N.C. App. 630.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.